USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-2245

 JOSE RAMIREZ,

 Plaintiff, Appellant,

 v.

 DONALD W. WYATT DETENTION CENTER, OFFICER GIORGIO
 AND CORNELL CORRECTIONS, INC.,

 Defendants, Appellees.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge]

 Before

 Lynch, Circuit Judge,
 Bownes, Senior Circuit Judge,
 and Lipez, Circuit Judge.
 
 
 
 
 
 Jose M. Ramirez on brief pro se.
 Michael C. Donahue, M. Christine Breslin and Gelerman, Cashman
& Donahue on brief for appellees.

August 31, 1999

 
 
 Per Curiam. Pro se plaintiff Jose Ramirez, a federal
 prisoner, appeals a district court judgment that dismissed his
 42 U.S.C. 1983 complaint against Cornell Corrections, Inc.
 and its employee, officer Dino Giorgio, for the failure to
 state a claim upon which relief can be granted. See Fed. R.
 Civ. P. 12(b)(6). Plaintiff has neither alleged nor argued
 that he lacks an adequate state law remedy; thus he may not
 maintain an action for the violation of his right to due
 process under the Fifth and Fourteenth Amendments. See, e.g.,
 Romero-Barcelo v. Hernandez-Agosto, 75 F.3d 23, 33 (1st Cir.
 1996); Watson v. Caton, 984 F.2d 537, 540-41 (1st Cir. 1993). 
 His allegations also fall well short of stating a claim under
 the Eighth Amendment. See, e.g., Farmer v. Brennan, 511 U.S.
 825, 834 (1994); Wilson v. Seiter, 501 U.S. 294, 298-303
 (1991). Plaintiff has waived any Fourth Amendment claim by
 failing to argue same on appeal.
 The remaining arguments that appellant asserts on
 appeal are patently meritless. Accordingly, the judgment of
 the district court is affirmed. See Local Rule 27.1.